IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTIAN ROTH KAYSER,

    Plaintiff,

v.

JASON HUGHES AND MODOU NGUM,

    Defendants.

ORDER

Case No. 23-cv-281-wmc

---

Plaintiff Christian Roth Kayser, a patient at Mendota Mental Health Institute in Madison, Wisconsin has filed a proposed complaint under 42 U.S.C. § 1983, alleging constitutional rights violations. Plaintiff requests leave to proceed without prepayment of the filing fee and has submitted a resident account statement for the period of January 1, 2022 to December 31, 2022.

A certified copy of plaintiff's resident account statement for the entire sixth-month period immediately preceding the filing of the complaint must be provided if plaintiff intends to pursue the request for leave to proceed without prepayment of the filing fee. Because plaintiff's complaint was submitted on May 3, 2023, the resident account statement should cover the period beginning approximately November 3, 2022 and ending approximately May 3, 2023. If plaintiff fails to submit the required statement within the deadline set below, I will assume that plaintiff wishes to withdraw this action voluntarily.

ORDER

IT IS ORDERED that plaintiff Christian Roth Kayser, may have until May 26, 2023 to submit a certified copy of plaintiff's resident account statement for the period beginning approximately November 3, 2022 and ending approximately May 3, 2023.  If, by May 26, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing this case at a later date.

Entered this 5th day of May, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge